IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANTONIO LAVELL WARREN, | ) |
| Petitioner, | ) ) ) |
| vs | ) CIVIL ACTION NO. 01-AR-2012-S ) |
| SHERIFF OF JEFFERSON COUNTY, et al, | ) ) ) ) |
| Respondent(s). | ) |

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed as moot. An appropriate order will be entered.[1]

DONE, this _28th_ day of February, 2002.

_____
WILLIAM M. ACKER, JR.,
UNITED STATES DISTRICT JUDGE

---

[1] The copy of the report and recommendation mailed to the petitioner at his last known address was returned marked "Return to Sender, No Longer in this Jail."